UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-378M |
| v. ) | |
| ) | |
| MICHAEL LERNER, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

    1. Count 3: Continuing criminal enterprise in violation of 21 U.S.C. § 848.

    2. Count 5: Conspiracy to import marijuana in violation of 21 U.S.C. § 963.

    3. Count 6: Importation of marijuana in violation of 21 U.S.C. § 952(a).

    4. Count 7: Possession of marijuana with intent to distribute in violation of 21 U.S.C. § 841(a)(1).

    5. Counts 8 through 61, and Counts 62 through 179: Possession of marijuana with intent to distribute and aiding and abetting in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

    6. Count 194: Conspiracy to defraud the United States in violation of 18 U.S.C. § 371.

Date of Detention Hearing: July 28, 2005.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

Defendant has stipulated to detention, reserving the right to contest his continued detention when he appears in the Northern District of California.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of July, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge